**United Stated Bankruptcy Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| **In re:** | | | **Adv. Case No.:** 19-03072 |
| **Delvin Lloyd Drinkall** | | **Debtor(s)** | **Bky. Case No.:** 19-31858 |
| **Delvin Lloyd Drinkall** | **v.** | **Plaintiff(s)** | |
| **Corry & Associates** | | | |
| **Robert J. Corry, Jr.** | | **Defendant(s)** | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019 a copy of the United States Bankruptcy Court District of Minnesota Notice dated September 4, 2019 was served by U.S. Mail to all interested parties listed below.

Corry & Associates
Attn.: Robert J. Corry, Jr.
437 West Colfax, Suite 300
Denver, CO 80204

Robert J. Corry, Jr.
9150 E. Jefferson Pl.
Denver, CO 80237-1953

Springer & Steinberg
Attn.: Harvey A. Steinberg
1600 Broadway St., #1200
Denver, CO 80202

Date: September 6, 2019         By: /s/ Paul V. Sween
                                   Paul V. Sween (#107761)
                                   Adams, Rizzi & Sween, P.A.
                                   300 First Street NW
                                   Austin, MN  55912
                                   Telephone: (507) 433-7394
                                   psween@adamsrizzisween.com

                                   *Attorneys for Debtor in Possession*

94045