**United Stated Bankruptcy Court**
**District of Minnesota**

| | | |
|---|---|---|
| **In re:** | | **Adv. Case No.:  19-03072** |
| **Delvin Lloyd Drinkall** | **Debtor(s)** | **Bky. Case No.:  19-31858** |
| **Delvin Lloyd Drinkall** | **v.**   **Plaintiff(s)** | |
| **Corry & Associates** | | |
| **Robert J. Corry, Jr.** | **Defendant(s)** | |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019 a copy of the Summons and Complaint were served by U.S. Mail to all interested parties listed below.

Corry & Associates
Attn.: Robert J. Corry, Jr.
437 West Colfax, Suite 300
Denver, CO 80204

Robert J. Corry, Jr.
9150 E. Jefferson Pl.
Denver, CO 80237-1953

Springer & Steinberg
Attn.:  Harvey A. Steinberg
1600 Broadway St., #1200
Denver, CO 80202

Date: August 15, 2019                    By: /s/ Paul V. Sween
                                             Paul V. Sween (#107761)
                                             Adams, Rizzi & Sween, P.A.
                                             300 First Street NW
                                             Austin, MN  55912
                                             Telephone: (507) 433-7394
                                             psween@adamsrizzisween.com

                                             *Attorneys for Debtor in Possession*

94045