**United Stated Bankruptcy Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| **In re:** | | | **Adv. Case No.: 19-03072** |
| **Delvin Lloyd Drinkall** | | **Debtor(s)** | **Bky. Case No.: 19-31858** |
| **Delvin Lloyd Drinkall** | **v.** | **Plaintiff(s)** | |
| **Corry & Associates** | | | |
| **Robert J. Corry, Jr.** | | **Defendant(s)** | |

### AFFIDAVIT REQUESTING CLERK'S ENTRY OF DEFAULT

 Plaintiff Delvin Lloyd Drinkall, in the above-referenced adversary proceeding, hereby requests that the Clerk of this Court enter the default of the defendants, Corry & Associates and Robert J. Corry, Jr., for failure to answer, plead, or otherwise defend pursuant to Bankruptcy Rule 7055 (a).

 On August 15, 2019, my office served by first class mail the defendant(s), Corry & Associates and Robert J. Corry, Jr., with the Summons and Complaint in the above-referenced matter. More than 30 days have elapsed since the date of the summons, with no response from the defendants Corry & Associates and Robert J. Corry, Jr.

Dated: 09/19/2019

By: /s/ Paul V. Sween
  Paul V. Sween (#107761)
  Adams, Rizzi & Sween, P.A.
  300 First Street NW
  Austin, MN  55912
  Telephone: (507) 433-7394
  psween@adamsrizzisween.com

  *Attorneys for Debtor in Possession*

94045