UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

   Debtor.

_____

Delvin Lloyd Drinkall,

   Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

   Defendants.

Bky Case No. 19-31858

Chapter 7

Adv. No. 19-03072

_____

## JUDGMENT
_____

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Plaintiff's motion for default judgement is granted.

2. Default judgment is entered against the Defendants in the amount of $475,000.00, plus costs and disbursements of $350.00.

Dated: _October 23, 2019_____

                Lori Vosepjka
                United States Bankruptcy Court Clerk

              By: __Kristin Neff_____
                Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/23/2019*
Lori Vosejpka, Clerk, by KN