UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

    Debtor.

Bky Case No. 19-31858

Chapter 7

_____

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

Adv. No. 19-03072

---

## JUDGMENT
---

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Plaintiff's motion for default judgement is granted.

2. Default judgment is entered against the Defendants in the amount of $475,000.00, plus costs and disbursements of $350.00.

Dated: _October 23, 2019_____

    Lori Vosepjka
    United States Bankruptcy Court Clerk

    By: ___Kristin Neff_____
        Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/23/2019*
Lori Vosejpka, Clerk, by KN

United States Bankruptcy Court
District of Minnesota

Drinkall,
    Plaintiff                                                                                      Adv. Proc. No. 19-03072-WJF

Corry & Associates,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0864-3          User: Kristin               Page 1 of 1           Date Rcvd: Oct 23, 2019
                              Form ID: pdf111             Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
ust            +L. Ashley Zubal,    Office of the United States Trustee,    Department of Justice,
                210 Walnut Street,    Suite 793,    Des Moines, IA 50309-2106
dft            +Corry & Associates,    437 West Colfax,    Suite 300,    Denver, CO 80204-2631
pla            +Delvin Lloyd Drinkall,    18355 790th Avenue,    Ostrander, MN 55961-8018
dft             Robert J. Corry, Jr.,    9150 E. Jefferson Pl.,    Denver, CO  80237-1953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Oct 23 2019 22:59:19     Daniel M McDermott,
                United States Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Oct 23 2019 22:59:31     James L. Snyder,
                210 Walnut Street, Room 793,    Des Moines, IA 50309-2106
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Oct 23 2019 22:59:19     US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                            TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              Benjamin B Bohnsack    on behalf of Interested Party    Compeer Financial, PCA
               bbohnsack@rinkenoonan.com,    mnovak@rinkenoonan.com;lheinen@rinkenoonan.com
              Christopher A. Camardello    on behalf of Interested Party    Deere & Company and John Deere
               Financial fsb chris@mantylaw.com,    krisann@mantylaw.com;janet@mantylaw.com;kevin@mantylaw.com
              Dean M. Zimmerli    on behalf of Interested Party    CUSB Bank dzimmerli@gislason.com
              Jeffrey A. Peterson    on behalf of Interested Party    Farm Credit Service of America, PCA
               jeffrey.peterson@gpmlaw.com,    valene.perpich@gpmlaw.com
              Michael R Fadlovich    on behalf of U.S. Trustee    US Trustee michael.fadlovich@usdoj.gov
              Michael S. Dove    on behalf of Interested Party    CUSB Bank mdove@gislason.com,
               kgleisner@gislason.com;jburgau@gislason.com;rschwarzrock@gislason.com
              Paul V. Sween    on behalf of Accountant    Major and Company Accounting and Tax
               psween@adamsrizzisween.com,
               smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
              Paul V. Sween    on behalf of Plaintiff Delvin Lloyd Drinkall psween@adamsrizzisween.com,
               smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
              Paul V. Sween    on behalf of Debtor 1 Delvin Lloyd Drinkall psween@adamsrizzisween.com,
               smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
              Paul W. Bucher    on behalf of Interested Party Lucille D. Drinkall pbucher@dunlaplaw.com,
               MN14@ecfcbis.com;ska@dunlaplaw.com;cas@dunlaplaw.com;adc@dunlaplaw.com
              Roylene A. Champeaux    on behalf of Interested Party    United States Department of Agriculture -
               Farm Service Agency Roylene.Champeaux@usdoj.gov,
               usamn.ecfbankruptcy@usdoj.gov;muriel.holland@usdoj.gov;darcie.boschee@usdoj.gov
              US Trustee     ustpregion12.mn.ecf@usdoj.gov
                                                                                            TOTAL: 12
```