UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

       Debtor.

Bky Case No. 19-31858

Chapter 11

---

Delvin Lloyd Drinkall,

       Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

       Defendants.

Adv. No. 19-03072

## AMENDED JUDGMENT

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Plaintiff's motion for default judgement is granted.

2. Default judgment is entered against the Defendants in the amount of $475,000.00, plus costs and disbursements of $350.00.

Dated: *November 6, 2019*

       Lori Vosepjka
       United States Bankruptcy Court Clerk

       By:   Kristin Neff
             Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/06/2019*
Lori Vosejpka, Clerk, by KN