UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 19-31858 |
| | Adversary No. 19-03072 |
| Delvin Lloyd Drinkall, Debtor. | |

Delvin Lloyd Drinkall,

      Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

      Defendants.

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND RESERVATION OF RIGHTS**
_____

TO THE UNITED STATES BANKRUPTCY COURT, AND ALL OTHER PARTIES IN INTEREST:

      NOTICE IS HEREBY GIVE pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 9013-3 of the Local Bankruptcy Rules, that and Margie R. Bodas and Barry A. O'Neil of Lommen Abdo, P.A., hereby notes their appearance on behalf of Corry & Associates and Robert J. Corry, Jr., and request that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case be served upon the undersigned at the address, facsimile number and email address set forth below.

1

Margie R. Bodas
Barry A. O'Neil
Lommen Abdo, P.A.
1000 International Centre, 920 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-8131
Fax (612) 339-8064
margie@lommen.com / barry@lommen.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated:  February 18, 2020        LOMMEN ABDO, P.A.

/s/ Margie R. Bodas
Barry A. O'Neil, I.D. No. 220875
Margie R. Bodas, I.D. No. 172376
1000 International Centre, 920 Second Avenue S
Minneapolis, MN 55402
Telephone: (612) 339-8131
margie@lommen.com/ barry@lommen.com

*Counsel for Corry & Associates and*
*Robert J. Corry, Jr.*