# Business Record Details »

Minnesota Business Name
## 3D Custom Pumping LLC

**Business Type**
Limited Liability Company (Domestic)

**MN Statute**
322C

**File Number**
1023535800026

**Home Jurisdiction**
Minnesota

**Filing Date**
7/9/2018

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2020

**Registered Office Address**
18355 790th Ave
Ostrander, MN 55961
USA

**Registered Agent(s)**
Delvin Drinkall

**Manager**
Delvin Drinkall
18355 790th Ave
Ostrander, MN 55961
USA

**Principal Executive Office Address**
18355 790th Ave
Ostrander, MN 55961
USA

Filing History

## Filing History

Select the item(s) you would like to order:    Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 7/9/2018 | Original Filing - Limited Liability Company (Domestic) (Business Name: 3D Custom Pumping LLC) | |

© 2020 Office of the Minnesota Secretary of State - Terms & Conditions        ✉ Subscribe for email updates!

**EXHIBIT 1**

-----Original Message-----

From: Adam Houck <AHouck@adamsrizzisween.com>
Sent: Friday, January 10, 2020 3:06 PM
To: Adam Houck <AHouck@adamsrizzisween.com>
Subject: [External] Legal Malpractice Claim Against Robert J Corry Jr.; Corry & Associates (Denver CO)

The undersigned represents the judgment creditor/plaintiff in the matter of:

Delvin Drinkall, Plaintiff v. Robert J. Corry Jr. and Corry & Associates, Defendants in United States Bankruptcy Court for the District of Minnesota, Adversary Case File No. 19-03072.


Please advise whether you currently provide or provided professional liability/malpractice insurance to the Defendants in the above-described matter at any time in the previous (2) years.


Thank you,

Adam J. Houck
Attorney At Law
Adams, Rizzi & Sween, P.A.
300 First Street NW
Austin, MN 55912
507-433-7394
Fax 507-433-8890
AHouck@adamsrizzisween.com

This e-mail contains confidential information from the sender.  The information in this e-mail may be covered by the attorney-client privilege or constitute attorney work product.  The information in this email is intended to be seen and used solely by the addressees. If you are not an addressee of this e-mail, we hereby notify you that any dissemination, distribution, downloading or copying of this e-mail or the information in this e-mail is strictly prohibited.  You are strictly prohibited from using this e-mail or taking any action in reliance on the information in this e-mail.  If you have received this e-mail in error, please notify the sender, delete this e-mail and destroy all copies, immediately.  Thank you for your cooperation.

**EXHIBIT 2**

**From:** Adam Houck <AHouck@adamsrizzisween.com>
**Sent:** Wednesday, February 19, 2020 11:28 AM
**To:** Barry O'Neil
**Cc:** Paul Sween
**Subject:** RE: Drinkall matter

Barry,

We are not amenable to stipulating to a vacation of the judgment. We are willing to discuss a settlement pertaining to the satisfaction of the judgment, however.

Thank you,
Adam

Adam J. Houck
Attorney At Law
Adams, Rizzi & Sween, P.A.
300 First Street NW
Austin, MN 55912
507-433-7394
Fax 507-433-8890
AHouck@adamsrizzisween.com

This e-mail contains confidential information from the sender. The information in this e-mail may be covered by the attorney-client privilege or constitute attorney work product. The information in this email is intended to be seen and used solely by the addressees. If you are not an addressee of this e-mail, we hereby notify you that any dissemination, distribution, downloading or copying of this e-mail or the information in this e-mail is strictly prohibited. You are strictly prohibited from using this e-mail or taking any action in reliance on the information in this e-mail. If you have received this e-mail in error, please notify the sender, delete this e-mail and destroy all copies, immediately. Thank you for your cooperation.

**From:** Barry O'Neil [mailto:BARRY@lommen.com]
**Sent:** Wednesday, February 19, 2020 9:39 AM
**To:** Adam Houck <AHouck@adamsrizzisween.com>; Paul Sween <psween@adamsrizzisween.com>
**Cc:** Barry O'Neil <BARRY@lommen.com>; Sharon Sandberg <SHARON@lommen.com>; Michelle K. Kuhl <mkuhl@lommen.com>; Margie Bodas <margie@lommen.com>
**Subject:** Drinkall matter

Adam & Paul – This email follows on our call. As I advised, we represent Robert J. Corry, Jr. and Corry & Associates. In advance of filing our motion to vacate, I wanted to inquire if you would stipulate to vacate the judgment that has been entered in favor of Mr. Drinkall in the adversary proceeding. As I related, it does not appear that Mr. Drinkall was entitled to judgment against Mr. Corry and his firm based on the documents that were filed in support of the motion for default. As a result, if you could let me know your position on this request at your convenience, I would appreciate it.

If there are any additional issues to discuss, do not hesitate to let me know.

Barry A. O'Neil | Attorney at Law
Lommen Abdo, P.A.

1

**EXHIBIT 3**

1000 International Centre, 920 Second Avenue South
Minneapolis, MN 55402
612-336-9342 | 612-436-2099 (fax) | 800-752-4297 | barry@lommen.com

## LOMMEN ABDO

Litigation, corporate and more at www.lommen.com.

The information contained in this email is privileged and confidential and intended for the use of the addressee(s). If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution or copying of this communication is prohibited. If you have received this email in error, please notify us by telephone or email immediately.