UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re: Delvin Lloyd Drinkall,
Debtor.

Adv. 19-03072
Bky. 19-31858

Delvin Lloyd Drinkall,

      Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

      Defendants.

Chapter 11 Case

## DECLARATION OF PAUL V. SWEEN

1. I am the attorney for Plaintiff.

2. On August 15, 2019, my firm served the Summons and Complaint on Defendants by mail. (Certificate of Service, Doc. 6).

3. On September 20, 2019, my firm served copies of the Notice of Hearing and Motion for Entry of Default Judgment; Affidavit of Default, Identification, Merits and Amount Due; and Proposed Findings of Fact, Conclusions of Law and Order for Judgment on Corry & Associates and Robert J. Cory, Jr. by mail. (Certificate of Service, Doc. 9).

4. I contacted Corry & Associates and Robert J. Corry, Jr. on several occasions during the course of the bankruptcy case via Corry & Associates' business phone number and Robert Corry's cell phone number. I spoke directly to Robert Corry on at least one occasion about the facts of the Complaint and the intention to sue. Therefore, it is my understanding Mr. Corry was well aware of the Complaint and allegations contained therein.

5. In August of 2019, my office notified Robert Corry's attorney, Harvey Steinberg, Esq. of

94045

Springer & Steinberg, of this matter and forwarded him the adversary Complaint for this matter. His office responded to my paralegal on September 10, 2019.

6. My office did not receive any mail that was sent to Defendants returned as undeliverable. If my office receives mail returned as undeliverable, it is our typical practice to save it in the file. I did not find any such mail in the file.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>March 12, 2020</u>

Paul V. Sween (#107761)
ADAMS RIZZI & SWEEN, P.A.
300 First St. NW, Austin, MN 55912
Phone: (507) 433-7394
Fax: (507) 433-8890
psween@adamsrizzisween.com

COUNSEL FOR PLAINTIFF

94045