UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re: Delvin Lloyd Drinkall,
Debtor.

Adv. 19-03072
Bky. 19-31858

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

    Defendants.

Chapter 11 Case

### DECLARATION OF DAREEN G. STEELE-GABEL

1. I am a paralegal for Adams, Rizzi & Sween, P.A., the firm representing Plaintiff in this matter.

2. On September 10, 2019, I received an email from Stacey Lopez, the Legal Assistant to Harvey A. Steinberg, stating that Attorney Steinberg was not representing Mr. Corry and Corry & Associates in regard to the Adversary Bankruptcy matter so they would not be accepting service on their behalf. Attached is a true and correct copy of the email I received from Stacey Lopez, the Legal Assistant to Harvey A. Steinberg, on September 10, 2019.

3. Our office did not receive any mail that was sent to Defendants returned as undeliverable. If such mail was returned to our office, our firm's typical practice would have been for me to receive it before passing it along to Paul Sween.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: March 12, 2020

_Dareen O. Steele-Gabel_
Dareen G. Steele-Gabel, Paralegal
ADAMS RIZZI & SWEEN, P.A.
300 First St. NW, Austin, MN 55912
Phone: (507) 433-7394
Fax: (507) 433-8890
dsteele@adamsrizzisween.com

## Dareen Steele

| | |
|---|---|
| **From:** | Stacey Lopez [SLopez@springersteinberg.com] |
| **Sent:** | Tuesday, September 10, 2019 5:55 PM |
| **To:** | Dareen Steele |
| **Cc:** | Harvey Steinberg |
| **Subject:** | RE: 19-03072 |
| **Attachments:** | Letter RE US Bankruptcy Court MN.pdf |

Good afternoon,

Our office received the attached letter from you regarding the above referenced matter. Please be advised we do not represent Mr. Corry and Corry & Associates in regard to this matter, so we will not be excepting service on his behalf.

Very Truly Yours,

Stacey Lopez
Legal Assistant to Harvey A. Steinberg
Springer and Steinberg, P.C.
1600 Broadway Suite 1200
Denver, Colorado 80202
(303) 861-2800
(303) 327-5951 (f)
SLopez@springersteinberg.com

_____ Notice: This communication from Springer & Steinberg, P.C., including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail or by telephone at 303-861-2800 or toll-free at 877-473-6004 and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

# ADAMS ♦ RIZZI ♦ SWEEN

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
300 FIRST STREET NW
AUSTIN, MINNESOTA 55912

PAUL V. SWEEN
STEVEN T. RIZZI, JR.
DEAN K. ADAMS
ADAM J. HOUCK
MORGAN E. CARLSON

*Established 1887*

TELEPHONE (507) 433-7394

September 6, 2019

R.C. ALDERSON (1893-1986)
RAYMOND B. ONDOV (1926-2017)
*GARY E. LEONARD
*OF COUNSEL
FAX (507) 433-8890

94045

Springer & Steinberg
**Attn.: Harvey A. Steinberg**
1600 Broadway St., #1200
Denver, CO 80202

Re:  Delvin Lloyd Drinkall, Debtor
     Delvin Lloyd Drinkall, Plaintiff
Vs.  Corry & Associates, Defendant
     Robert J. Corry, Jr., Defendant
Case No.: 19-03072

Dear Mr. Steinberg:

Enclosed and served upon you by U.S. Mail please find a copy of the United States Bankruptcy Court District of Minnesota Notice for the above-stated matter.

Sincerely,

ADAMS, RIZZI & SWEEN, P.A.

By:  Dareen G. Steele-Gabel/Paralegal
     dsteele@adamsrizzisween.com
dgs-g
enclosures
cc:  Delvin Lloyd Drinkall (w/enc) – via email only

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Delvin Lloyd Drinkall<br>Debtor(s) | Case No.: 19-31858<br>Chapter 11 |
| Delvin Lloyd Drinkall<br>Plaintiff<br><br>v.<br><br>Corry & Associates<br>Robert J. Corry, Jr.<br>Defendant | Adv. Proc. No. 19-03072 |

*A lawsuit has been started against you.* You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though, if you are a debtor in the related case, you may have received a discharge. You should consult your attorney as soon as possible, unless you wish to represent yourself.

If you are unable to afford an attorney, you may contact:

        Volunteer Lawyers Network
        Bankruptcy Adversary Proceeding (BAP) Program
        (612)752-6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees. *You are encouraged to contact Volunteer Lawyers Network as soon as possible after receiving this notice.*

You may also obtain bankruptcy related advice through the *Bankruptcy Advice Clinic*, a free service under which low income Minnesota residents can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The volunteer attorney can review the complaint, explain laws and procedures, and talk about your legal options. The Clinics are available on a biweekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 9/4/19

        Lori Vosejpka
        Clerk, United States Bankruptcy Court By: Kristin
        Deputy Clerk

mnbprbo 2015