UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:     Bankruptcy No. 19-31858
Adversary No. 19-03072

Delvin Lloyd Drinkall, Debtor.

Delvin Lloyd Drinkall,

       Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

       Defendants.

## UNSWORN CERTIFICATE OF SERVICE
_____

    I, Barry A. O'Neil, attorney licensed to practice law in this Court, declare that on March 30, 2020, I caused the following documents:

    **1.**     **Correspondence of Barry A. O'Neil to Judge Fisher regarding request for extension and continuance**

to be filed electronically with the Clerk of Court through ECF, and that the above document(s) will be delivered by automatic email notification pursuant to the rules of ECF and this constitutes notice pursuant to Local Rule 9006-1(a).

    And, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on March 31, 2020

                                        /s/ Barry A. O'Neil