UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,   Case No. 19-31858

Debtor.   Chapter 11

---

Delvin Lloyd Drinkall,

Plaintiff,

v.   Adv. Proc. No. 19-03072

Corry & Associates, and
Robert J. Corry, Jr.,

Defendants.

## ORDER

The above-entitled matter came before the Court to consider the Defendants' request for an extension of time to file an affidavit and documentation in support of their Motion to Vacate Default Judgment, as well as an extension of time until the continued hearing for the Motion. [Dkt. Nos. 19, 25]. Based on the request and record,

IT IS ORDERED:

1. The Defendants shall have until and including April 9, 2020 to file an affidavit and documentation in support of the Motion to Vacate Default Judgment. No further extensions of time will be granted.

2. The telephonic hearing to consider the Motion is continued and will be held on **April 14, 2020 at 11:30 a.m.**

Dated: March 31, 2020

By the Court:

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/31/2020*
Lori Vosejpka, Clerk, by DT