UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

    Debtor.

Case No. 19-31858

Chapter 11

_____

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

Adv. Proc. No. 19-03072

## ORDER

The above-entitled matter came before the Court to consider the Defendants' request for an extension of time to file an affidavit and documentation in support of their Motion to Vacate Default Judgment, as well as an extension of time until the continued hearing for the Motion. [Dkt. Nos. 19, 25]. Based on the request and record,

IT IS ORDERED:

1. The Defendants shall have until and including April 9, 2020 to file an affidavit and documentation in support of the Motion to Vacate Default Judgment. No further extensions of time will be granted.

2. The telephonic hearing to consider the Motion is continued and will be held on **April 14, 2020 at 11:30 a.m.**

Dated: *March 31, 2020*

By the Court:

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/31/2020*
Lori Vosejpka, Clerk, by DT

United States Bankruptcy Court
District of Minnesota

Drinkall,
    Plaintiff

Adv. Proc. No. 19-03072-WJF

Corry & Associates,
    Defendant

## CERTIFICATE OF NOTICE

| District/off: 0864-3 | User: DavidT | Page 1 of 1 | Date Rcvd: Mar 31, 2020 |
|---|---|---|---|
| | Form ID: pdf111 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Mar 31 2020 23:40:49    US Trustee,
    1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
          Margie R Bodas    on behalf of Defendant Robert J. Corry, Jr. margie@lommen.com
          Margie R Bodas    on behalf of Defendant   Corry & Associates margie@lommen.com
          Paul V. Sween    on behalf of Plaintiff Delvin Lloyd Drinkall psween@adamsrizzisween.com,
      smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
                                                                                                                                                                                                                                         TOTAL: 3