UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re: Delvin Lloyd Drinkall,
Debtor.

Adv. 19-03072
Bky. 19-31858

_____

Delvin Lloyd Drinkall,

        Plaintiff,

Chapter 11 Case

v.

Corry & Associates; Robert J. Corry, Jr.,

        Defendants.

---

**AFFIDAVIT OF PLAINTIFF DELVIN LLOYD DRINKALL**

---

1. I am the Debtor and Plaintiff in the above-captioned matter.

2. At all times relevant to this case, I was a 50% owner and manager of 3D Custom Pumping, LLC. There are two additional owners of 3D Custom Pumping, each holding a 25% interest.

3. Attached as <u>Exhibit A</u> is a true and accurate copy of my First Farmers & Merchants bank statement showing the $350,000.00 transfer I made on February 7, 2019 to my business account under 3D Custom Pumping LLC.

4. In addition to the $350,000.00, I transferred an additional $125,000.00 out of the 3D Custom Pumping account to Robert Corry's trust account on February 7, 2019.

5. I used the 3D Custom Pumping bank account to transfer the funds because I was told by my bank that I could not make the wire transfer out of my personal account.

6. The additional $125,000.00 transferred out of the 3D Custom Piping were funds that I was personally entitled to as a distribution. At the time, I did not believe it was necessary or efficient to first transfer the $125,000.00 from the 3D Custom Pumping account to my personal account and then back to the 3D Custom Pumping account so that the funds could

be transferred to Robert Corry's trust account.

7.  Attached hereto as <u>Exhibit B</u> is a true and accurate copy of my personal banking statement for the period of January 11, 2019-February 11, 2019.

8.  As shown in Exhibit B, I transferred $50,000.00 to Robert J. Corry Jr., LLC on February 8, 2019. These funds are separate and distinct from the $475,000.00 I transferred to Mr. Corry's trust account on February 7, 2019.

9.  Attached hereto as <u>Exhibit C</u> is a true and accurate copy of my personal banking statement for the period of February 12, 2019-March 11, 2019.

10. As shown in Exhibit C, Robert J. Corry Jr., LLC deposited $50,000.00 into my account on February 14, 2019. These funds were returned to me at my request.

11. As shown in Exhibit C, Robert J. Corry Jr., LLC deposited an additional $60,000.00 into my account on March 11, 2019. I did not recall this deposit until reviewing my records for purposes of compiling this affidavit. While I do not specifically recall the circumstances surrounding this deposit or the deposit taking place, I do not dispute this deposit being made by Mr. Corry since it shows up in my statement.

12. As such, I stipulate to a reduction of $60,000.00 to the judgment awarded in this case.


Dated: April 3, 2020                          /s/ Delvin Lloyd Drinkall
                                              Delvin Lloyd Drinkall