```
First Farmers & Merchants      003 00001 01                PAGE:    2
PO Box 188                     ACCOUNT:                    02/15/2019
Grand Meadow MN  55936         DOCUMENTS:         24

TELEPHONE:507-754-5123

DELVIN LLOYD DRINKALL
```

===============================================================================
### EVERYDAY BANKING ACCOUNT
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| DEPOSIT | | 68,296.00 | 02/07/19 | 353,567.77 |
| Telephone Transfer to Checking XX3382 per Delvin | | | | |
| | 350,000.00 | | 02/07/19 | 3,567.77 |
| CHECK # 1022 | 785.00 | | 02/08/19 | 2,782.77 |
| CHECK # 1015 | 20.00 | | 02/11/19 | 2,762.77 |
| CHECK # 1016 | 20.00 | | 02/11/19 | 2,742.77 |
| PAPER STATEMENT FEE | 5.00 | | 02/15/19 | 2,737.77 |
| BALANCE THIS STATEMENT ........................... | | | 02/15/19 | 2,737.77 |

```
TOTAL CREDITS      (6)     267,978.88
TOTAL DEBITS      (24)     476,519.83
```

===============================================================================
### YOUR CHECKS SEQUENCED
===============================================================================

```
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE....CHECK #......AMOUNT

01/23    1003       52.95  01/17    1010      150.00  02/08    1022*      785.00
01/25    1004      401.79  01/23    1011*     500.00  01/17    1026       197.69
01/23    1005      331.39  01/28    1013   40,000.00  01/22    1027       315.28
01/25    1006      190.80  01/29    1014       45.00  01/22    1028     7,000.00
01/23    1007*   2,040.54  02/11    1015       20.00  01/22    1029    26,067.77
01/29    1009       73.08  02/11    1016*      20.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
******************************************************************
*                              | TOTAL FOR    | TOTAL           *
*                              | THIS PERIOD  | YEAR TO DATE    *
*------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:        |    $.00      |    $.00         *
*------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:    |    $.00      |    $.00         *
******************************************************************
```

- END OF STATEMENT -


EXHIBIT A

Account number:           ■ January 11, 2019 - February 11, 2019 .  ■ Page 2 of 3



---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/8 | | WT Seq118463 Robert J Corry Jr., LLC /Bnf=Robert J Corry Jr., LLC Srf# 00002650391132O8 Trn#190208118463 Rfb# | | 50,000.00 | 7,984.30 |
| **Ending balance on 2/11** | | | | | **7,984.30** |
| **Totals** | | | **$0.00** | **$77,463.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/11/2019 - 02/11/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $1,500.00 | $7,984.30 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 1 ☐ |

JL/JL



Account number:  ▪ February 12, 2019 - March 11, 2019  ▪ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/14 | | WT Seq116112 Robert J Corry Jr., LLC /Org= Srf# 0076132045844858 Trn#190214116112 Rfb# | 50,000.00 | | |
| 3/11 | | WT Seq162816 Robert J Corry Jr., LLC /Org= Srf# 0076132070764190 Trn#190311162816 Rfb# | 60,000.00 | | |
| 3/11 | | Wire Trans Svc Charge - Sequence: 190311162816 Srf# 0076132070764190 Trn#190311162816 Rfb# | | 15.00 | 107,658.00 |
| Ending balance on 3/11 | | | | | 107,658.00 |
| Totals | | | $111,372.70 | $11,699.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 1100 | 3/5 | 5,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/12/2019 - 03/11/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| ・ Minimum daily balance | $1,500.00 | $7,984.30 ☑ |
| ・ Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ・ Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |

JL/JL

