# Business Market Rate Savings



Account number: **Redacted**  ■ February 1, 2019 - February 28, 2019  ■ Page 1 of 5

ROBERT J CORRY JR., LLC
ATTORNEY TRUST ACCOUNT
437 W COLFAX AVE STE 300
DENVER CO 80204-2631

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

**Other Wells Fargo Benefits**

**Apply for a Commercial Equity Line of Credit by March 31, 2019, and enjoy Wells Fargo Prime Rate on your balance for 12 months**

Whether you're looking to fund property improvements, business expansion, or the purchase of large equipment or property - we're here to help.

Wells Fargo offers up to $500,000 in secured real estate financing that can help you move your business forward. Enjoy easy access to this Wells Fargo Prime Rate-based equity line of credit for up to 5 years, after which it will convert to an adjustable rate 15-year loan for a total term of 20 years.

Key benefits:
- Low closing costs with competitive rates
- 1% origination fee due at closing
- No application fees
- No appraisal fees

**To learn more or apply, call us at 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time, or visit us on the web at wellsfargo.com/biz/business-credit/real-estate/equity-line-of-credit/**

Note: All financing is subject to credit approval. Some restrictions may apply.



EXHIBIT
1

Account number: �_Redacted_▪ ■ February 1, 2019 - February 28, 2019 ■ Page 2 of 5



## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $5,749.86 |
| Deposits/Credits | 778,130.92 |
| Withdrawals/Debits | - 780,610.30 |
| **Ending balance on 2/28** | **$3,270.48** |
| Average ledger balance this period | $40,097.18 |

Account number: _Redacted_

**ROBERT J CORRY JR., LLC
ATTORNEY TRUST ACCOUNT**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): _Redacted_

For Wire Transfers use
Routing Number (RTN): _Redacted_

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.92 |
| Average collected balance | $40,097.18 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.92 |
| Interest paid this year | $1.43 |
| Total interest paid in 2018 | $11.35 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 2/7 | WT Fed# _Reda_ First Farmers & ME /Org=3D Custom Pumping LLC Srf# Trn# _Redacted_ Rfb# | 125,000.00 | | |
| 2/7 | WT Fed# _Reda_ First Farmers & ME /Org=3D Custom Pumping LLC Srf# Trn# _Redacted_ Rfb# | 350,000.00 | | |
| 2/7 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# Trn# _Redacted_ Rfb# | | 15.00 | |
| 2/7 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# Trn# _Redacted_ Rfb# | | 15.00 | 480,719.86 |
| 2/8 | WT Seq _Redact_ Delvin L Drinkall /Org= Srf# _Redacted_ Trn# _Redacted_ Rfb# | 50,000.00 | | |
| 2/8 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 15.00 | |
| 2/8 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 30.00 | |
| 2/8 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 30.00 | |
| 2/8 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 30.00 | |
| 2/8 | * WT Fed# _Redact_ Midwest Bank /Ftr/Bnf=Reva Stachniw Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 40,000.00 | |
| 2/8 | * WT Fed# _Redact_ Pinnacle Bank /Ftr/Bnf=Manson Johnson Conner .Pllc Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 250,000.00 | |
| 2/8 | * WT Fed# _Reda_ Bank of America, N /Ftr/Bnf=Middlebrooks Holdings, LLC Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 70,000.00 | 170,614.86 |
| 2/11 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 30.00 | |
| 2/11 | Wire Trans Svc Charge - Sequence: _Redacted_ Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 30.00 | |
| 2/11 | * WT Fed# _Redact_ Bank of America, N /Ftr/Bnf=Jordan Betensky Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 50,000.00 | |
| 2/11 | * WT Fed# _Redacte_ Midwest Bank /Ftr/Bnf=Reva Stachniw Srf# _Redacted_ Trn# _Redacted_ Rfb# | | 113,000.00 | 7,554.86 |
| 2/13 | Deposit Made In A Branch/Store | 7,200.00 | | |
| 2/13 | WT Fed# _Redacte_ First Southeast Ba /Org=Iowa Corn Beef Srf# _Redacted_ Trn# _Redacted_ Rfb# | 50,000.00 | | |

Account number: ▮Redacted▮   ■ February 1, 2019 - February 28, 2019   ■ Page 3 of 5



**WELLS FARGO**

## Transaction history (continued)

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 2/13 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/13 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 15.00 | |
| 2/13 | ✱ WT Fed#▮Reda▮ 1St Source Bank /Ftr/Bnf=Materials Processing Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 14,000.00 | 50,709.86 |
| 2/14 | WT Fed#▮Reda▮ Merchants Bank, NA /Org=Joel Nelson Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | 27,000.00 | | |
| 2/14 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/14 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 15.00 | |
| 2/14 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/14 | ✱ WT Sec▮Redacte▮ Donald C Decker /Bnf=Delvin L Drinkall Srf# ▮Redacted▮ Trn# ▮Redacted▮ | | 50,000.00 | |
| 2/14 | Excess Activity Fee | | 15.00 | |
| 2/14 | ✱ WT Fed#▮Redact▮ 1St Source Bank /Ftr/Bnf=Barry Nowatzke Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 26,000.00 | |
| 2/14 | Excess Activity Fee | | 15.00 | 1,604.86 |
| 2/15 | Deposit Made In A Branch/Store | 10,000.00 | | |
| 2/15 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/15 | ✱ WT Fed#▮Redac▮ 1St Source Bank /Ftr/Bnf=Barry Nowatzke Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 10,000.00 | |
| 2/15 | Excess Activity Fee | | 15.00 | 1,559.86 |
| 2/20 | Deposit Made In A Branch/Store | 12,930.00 | | |
| 2/20 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/20 | ✱ WT Fed#▮Redac▮ Midwest Bank /Ftr/Bnf=Sunshine Enterprises Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 12,930.00 | 1,529.86 |
| 2/26 | WT Fed#▮Reda▮ Merchants Bank, NA /Org=Joel Nelson Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | 71,000.00 | | |
| 2/26 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 15.00 | |
| 2/26 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/26 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/26 | ✱ WT Fed#▮Redact▮ Bank of America, N /Ftr/Bnf=Middlebrooks Holdings LLC Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 63,500.00 | |
| 2/26 | ✱ WT Sec▮Redacte▮ Shurek Accounting and T /Bnf=Shurek Accounting and Tax LLC Srf# ▮Redacted▮ Trn# ▮Redacted▮ | | 5,000.00 | 3,954.86 |
| 2/28 | WT Fed#▮Redact▮ Huntington - Bippu /Org=Lazy E LLC James Erickson Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | 75,000.00 | | |
| 2/28 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 15.00 | |
| 2/28 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/28 | Wire Trans Svc Charge - Sequence: ▮Redacted▮ Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 30.00 | |
| 2/28 | Etransfer IN Branch/Store - to Checking 1601 Blake St Denver CO ▮Reda▮ | | 25.00 | |
| 2/28 | Withdrawal Made In A Branch/Store | | 60,010.00 | |
| 2/28 | Transfer IN Branch/Store - to Robert J Corry Jr., LLC DDA ▮Redacted▮ 1601 Blake St Denver CO | | 4,000.00 | |
| 2/28 | ✱ WT Fed#▮Reda▮ Gwinnett Community /Ftr/Bnf=Phoenix Consulting Enterprises Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 4,000.00 | |
| 2/28 | ✱ WT Fed#▮Reda▮ Midwest Bank /Ftr/Bnf=Sunshine Enterprises Srf# ▮Redacted▮ Trn# ▮Redacted▮ Rfb# | | 7,500.00 | |

Account number: **Redacted**  ■ February 1, 2019 - February 28, 2019  ■ Page 4 of 5



WELLS
FARGO

---

## Transaction history *(continued)*

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/28 | Interest Payment | 0.92 | | |
| 2/28 | Cash Deposited Fee | | 75.30 | 3,270.48 |
| **Ending balance on 2/28** | | | | 3,270.48 |
| **Totals** | | **$778,130.92** | **$780,610.30** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. One or more Excess Activity Fees have been assessed because the combined total limit of six (6) per monthly fee period has been exceeded. Except for outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

---

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2019 - 02/28/2019 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $40,097.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

Account number:  [Redacted]  ■ February 1, 2019 - February 28, 2019  ■ Page 5 of 5



**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                    $ _____
register or transfers into                        $ _____
your account which are not                        $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wire Transfer Services
Outgoing Wire Transfer Request



**WELLS FARGO**

| | |
|---|---|
| Today's Date: | Wells Fargo Reference Number: |
| 02/08/2019 | Redacted |
| Banker Name: | Officer/Portfolio Number: |
| DIA, AISSATOU | K3925 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 303/792-7042 | 01003 | 0004742 | C7200-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | |
|---|---|---|---|
| Originator Name: | | Street Address: | |
| ROBERT J CORRY | | 437 W COLFAX AVE STE 300 | |
| Primary ID Type: | Primary ID Description: | Address Line 2: | |
| PINV | PIN Validation | | |
| Primary ID St/Ctry/Prov.: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| | | | |
| Secondary ID Type: | Secondary ID Description: | City: | State: |
| DLIC | Redacted | DENVER | CO |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CO | 07/28/2015 | 08/05/2020 | 80204-2631 | US |
| Account Name: | | Home Phone: | Business Phone: |
| ROBERT J CORRY JR., LLC | | | 303/634-2244 |

## Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
| 0004742 | $40,000.00 | Redacted | 00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| Reva Stachniw | 200 East Broadway |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| Redacted | |
| Purpose of Funds: | Name/Address Line 3: |
| | Monmouth , IL, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |



WTR6603 (9-18 SVP)

# Wire Transfer Services
Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 02/08/2019 | | | Redacted |
| Banker Name: | | | Officer/Portfolio Number: |
| DIA, AISSATOU | | | K3925 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 303/792-7042 | 01003 | 0004742 | C7200-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| ROBERT J CORRY | | | 437 W COLFAX AVE STE 300 | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | | | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | Redacted | | DENVER | CO |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CO | 07/28/2015 | 08/05/2020 | 80204-2631 | US |
| Account Name: | | | Home Phone: | Business Phone: |
| ROBERT J CORRY JR., LLC | | | | 303/634-2244 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | | Bank/COID: |
|---|---|---|---|---|
| 0004742 | $250,000.00 | Redacted | | 00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Manson Johnson Conner .PLLC | 215 2nd Ave North, Ste 300 |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| Redacted | |
| Purpose of Funds: | Name/Address Line 3: |
| | Nashville , TN, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| | |



WTR6603 (9-18 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



**WELLS FARGO**

| | |
|---|---|
| Today's Date: | Wells Fargo Reference Number: |
| 02/13/2019 | Redacted |
| Banker Name: | Officer/Portfolio Number: |
| DANIELA TORRES | K1368 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 303/260-6260 | 03743 | 0076132 | C7337-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BiC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | |
|---|---|---|---|
| Originator Name: | | Street Address: | |
| ROBERT J CORRY | | 437 W COLFAX AVE STE 300 | |
| Primary ID Type: | Primary ID Description: | Address Line 2: | |
| DLIC | Redacted | | |
| Primary ID St/Cty/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| CO | 03/28/2015 | 06/05/2020 | |
| Secondary ID Type: | Secondary ID Description: | City: | State: |
| FINV | FIN Validation | DENVER | CO |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 80204-2631 | US |
| Account Name: | | Home Phone: | Business Phone: |
| ROBERT J CORRY JR., LLC | | | 303/634-2244 |

## Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
| 0076132 | $14,000.00 | Redacted | 00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| MATERIALS PROCESSING | 9333 N 200 N |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| Redacted | |
| Purpose of Funds: | Name/Address Line 3: |
| | MICHIGAN CITY, IN, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

Customer Copy

WTR6603 (9-18 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



| | |
|---|---|
| Today's Date: 02/14/2019 | Wells Fargo Reference Number: **Redacted** |
| Banker Name: SANDRA QUEZADA | Officer/Portfolio Number: CF451 |
| Banker Phone: 303/260-6260 | Branch Number: 03743 | Banker AU: 0076132 | Banker MAC: C7337-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | |
|---|---|
| Originator Name: ROBERT J CORRY | Street Address: 437 W COLFAX AVE STE 300 |
| Primary ID Type: DL10 | Primary ID Description: **Redacted** | | Address Line 2: |
| Primary ID St/Ctry/Prov: CO | Primary ID Issue Date: 07/28/2015 | Primary ID Expiration Date: 08/05/2020 | Address Line 3: |
| Secondary ID Type: PINV | Secondary ID Description: PIN Validation | | City: DENVER | State: CO |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: 80204-2631 | Country: US |
| Account Name: ROBERT J CORRY JR., LLC | | | Home Phone: | Business Phone: 303/634-2244 |

## Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Create AU: 0076132 | Amount (US Dollars): $50,000.00 | Debit Wells Fargo Account: **Redacted** | Bank/COID: 163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: DELVIN L DRINKALL | Name/Address Line 1: 7833 N 1 35 UNIT |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): **Redacted** | Name/Address Line 2: ALENTON TX 7620715 |
| Purpose of Funds: | Name/Address Line 3: |
| Additional Instructions: | Beneficiary Phone Number: |

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.



WTR6603 (9-18 SVP)



## Outgoing Wire Form

*International Wire Fee - $45  (1-7 business days for delivery)*

*Domestic Wire Fee - $30  (1-3 business days for delivery)*

Date: 2/13/19

Amount of Wire: $50,000. ‾w

Customer Name/Business Name: ROBERT J. COREY JR. LLC.

Customer Account #: **Redacted**

Beneficiary Name: Delvin Drinkall

Beneficiary ACCOUNT/IBAN/CLABE: **Redacted**

Beneficiary Address: Ostrander, MN

Beneficiary ABA/RTN/SWIFT: **Redacted**

Beneficiary Bank: Wells Fargo

Intermediary Bank (if applicable):

Purpose of Wire: Business Transaction

Reference Notes:

Created By: ~~Ayeesha~~

Date Created: 2/12/19

1st Approval:

2nd Approval (if applicable):

# Wire Transfer Services

Outgoing Wire Transfer Request



| Today's Date: | | | Wells Fargo Reference Number: |
| --- | --- | --- | --- |
| 02/14/2019 | | | Redacted |
| Banker Name: | | | Officer/Portfolio Number: |
| SANDRA QUEZADA | | | CF451 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 303/260-6260 | 03745 | 0076132 | C7337-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | Street Address: |
| --- | --- | --- |
| ROBERT J CORRY | | 437 W COLFAX AVE STE 300 |
| Primary ID Type: | Primary ID Description | Address Line 2: |
| DLIC | Redacted | |
| Primary ID St/City/Prov. | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| CO | 03/28/2015 | 08/05/2020 | |
| Secondary ID Type: | Secondary ID Description: | City: | State: |
| PINV | PIN Validation | DENVER | CO |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 80204-2631 | US |
| Account Name: | | Home Phone: | |
| ROBERT J CORRY JR., LLC | | | Business Phone: 303/634-2244 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
| --- | --- | --- | --- |
| 0076132 | $26,000.00 | Redacted | 00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
| --- | --- |
| Barry Nowarske | 9335 W 200 N |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico) | Name/Address Line 2: |
| Redacted | |
| Purpose of Funds: | Name/Address Line 3: |
| | Michigan City, IN, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |



W1R6603 (9-18 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request


**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 02/15/2019 | | | Redacted |
| Banker Name: | | | Officer/Portfolio Number: |
| SANDRA QUEZADA | | | CF402 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| (303/260-6260 | 03743 | 0076132 | C7357-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | Street Address: | |
|---|---|---|---|
| ROBERT J CORRY | | 437 W COLFAX AVE STE 300 | |
| Primary ID Type: | Primary ID Description: | Address Line 2: | |
| DLIC | Redacted | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| CO | 07/28/2015 | 08/05/2020 | |
| Secondary ID Type: | Secondary ID Description: | City: | State: |
| PINV | PIN Validation | DENVER | CO |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | | 80204-2631 | US |
| Account Name: | | Home Phone: | Business Phone: |
| ROBERT J CORRY JR., LLC | | | 303/634-2244 |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0076132 | $10,000.00 | Redacted | 00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Barry Nowatzke | 9336 W 200 N |
| Beneficiary Account Number/IBAN (if foreign)/CLABE (Mexico): | Name/Address Line 2: |
| Redacted | |
| Purpose of Funds: | Name/Address Line 3: |
| | MICHIGAN CITY , IN, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |



WTR6503 (9-18 SVP)

# Wire Transfer Services
Outgoing Wire Transfer Request

**WELLS FARGO**

Today's Date:
02/20/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
DANIELA TORRES

Officer/Portfolio Number:
K1368

Banker Phone:
303/260-6260

Branch Number:
03743

Banker AU:
0076132

Banker MAC:
C7337-011

Outgoing wires can only be sent to Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J CORRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:
DLIC

Primary ID Description:
Redacted

Address Line 2:

Primary ID St/Ctry/Prov:
CO

Primary ID Issue Date:
07/28/2015

Primary ID Expiration Date:
08/05/2020

Address Line 3:

Secondary ID Type:
PINV

Secondary ID Description:
PIN Validation

City:
DENVER

State:
CO

Secondary ID State/Country:

Secondary ID Issue Date:

Secondary ID Expiration Date:

ZIP/Postal Code:
80204-2631

Country:
US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone:
303/634-2244

## Wire Amount and Source of Funds

Create AU:
0076132

Amount (US Dollars):
$12,930.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
00163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
SUNSHINE ENTERPRISES

Name/Address Line 1:
132 VALLEY VIEW ROAD

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:

Purpose of Funds:

Name/Address Line 3:
GALESBURG, IL, US

Beneficiary Phone Number:

Additional Instructions:



Customer Copy

WIR6603 (9 18 SVP)

Page 1 of 4

# Wire Transfer Services
Outgoing Wire Transfer Request



**WELLS FARGO**

Today's Date:
02/21/2019

Wells Fargo Reference Number:
**Redacted**

Banker Name:
JOSEPH GONZALES

Officer/Portfolio Number:
152759

Banker Phone:
|303/260-6260

Branch Number:
|03744

Banker AU:
0076132

Banker MAC:
C7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
|ROBERT J CORRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:
|PINV

Primary ID Description:
|PIN Validation

Address Line 2:

Primary ID St/Ctry/Prov:

Primary ID Issue Date:

Primary ID Expiration Date:

Address Line 3:

Secondary ID Type:
|DLIC

Secondary ID Description:
**Redacted**

City:
DENVER

State:
CO

Secondary ID State/Country:
|CO

Secondary ID Issue Date:
|07/28/2015

Secondary ID Expiration Date:
|08/05/2020

ZIP/Postal Code:
80204-2651

Country:
US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone:
|303/634-2244

## Wire Amount and Source of Funds

Create AU:
|0076132

Amount (US Dollars):
|$10,000.00

Debit Wells Fargo Account:
**Redacted**

Bank/COID:
00163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
SUNSHINE ENTERPRISES

Name/Address Line 1:

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
**Redacted**

Name/Address Line 2:

Purpose of Funds:

Name/Address Line 3:
DENVER, CO, US

Beneficiary Phone Number:

Additional Instructions:



# Wire Transfer Services
Outgoing Wire Transfer Request



Today's Date
02/26/2019

Wells Fargo Reference Number:
Redacted

Banker Name
SANDRA QUEZADA

Officer/Portfolio Number:
CP451

Banker Phone
303/260-6260

Branch Number:
03743

Banker AU
0076132

Banker MAC
P7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ('IRC'), Indian Financial System Code (IFSC) and the International Bank Account Number ('IBAN').

## Originator's Information

Originator Name
ROBERT J CORRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:
DL|DL

Primary ID Description:
Redacted

Address Line 2:

Primary ID St/Cnty/Prov.
CO

Primary ID Issue Date
02/28/2015

Primary ID Expiration Date
08/05/2020

Address Line 3:

Secondary ID Type:
PIN

Secondary ID Description:
PIN Validation

City:
DENVER

State
CO

Secondary ID State/Country:

Secondary ID Issue Date

Secondary ID Expiration Date:

ZIP/Postal Code:
80204-2031

Country
US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone
303/634-2244

### Wire Amount and Source of Funds

Create AU
0076132

Amount (US Dollars)
Redacted

Debit Wells Fargo Account
Redacted

Bank/COID:
163

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name
ZEUREK ACCOUNTING AND TAX LLC

Name/Address Line 1:
7417 WHISTLING DUCK WAY

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico)
Redacted

Name/Address Line 2:
FLOWERY BRANCH GA 305426090

Purpose of Funds

Name/Address Line 3:

Beneficiary Phone Number:

Additional Instructions:

### Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.



Page 1 of 4

WTR6603 (9-18 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



Today's Date:
02/26/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
SANDRA QUESADA

Officer/Portfolio Number:
CF151

Banker Phone:
303/260-0280

Branch Number:
03743

Banker AU#:
00076132

Banker MAC:
C7339-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J CORRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:
DLIC

Primary ID Description:
Redacted

Address Line 2:

Primary ID St/Ctry/Prov.:
CO

Primary ID Issue Date:
07/12/2015

Primary ID Expiration Date:
08/06/2026

Address Line 3:

Secondary ID Type:
PINV

Secondary ID Description:
PIN Validation

City:
DENVER

State:
CO

Secondary ID State/Country:

Secondary ID Issue Date:

Secondary ID Expiration Date:

ZIP/Postal Code:
80204-2631

Country:
US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone:
303/634-2244

## Wire Amount and Source of Funds

Create AU#:
00076132

Amount (US Dollars):
$963,500.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
09163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
MIDDLEBROOKS HOLDINGS LLC

Name/Address Line 1:
124 CANTERFIELD ROAD

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:
29212

Purpose of Funds:

Name/Address Line 3:
COLUMBIA, SC, US

Beneficiary Phone Number:

Additional Instructions:



WTR6603 (9-18 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



| | |
|---|---|
| Today's Date: | Wells Fargo Reference Number: |
| 02/28/2019 | **Redacted** |
| Banker Name: | Officer/Portfolio Number: |
| JOSEPH GONZALEZ | K2755 |
| Banker Phone:    Branch Number:    Banker AU: | Banker MAC: |
| 303/260-6260    03743    0076132 | C7337-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ('IRC'), Indian Financial System Code (IFSC) and the International Bank Account Number ('IBAN').

## Originator's Information

| | |
|---|---|
| Originator Name: | Street Address: |
| ROBERT J CORRY | 437 W COLFAX AVE STE 300 |
| Primary ID Type:    Primary ID Description: | Address Line 2: |
| PINV    PIN Validation | |
| Primary ID St/Cntry/Prov.    Primary ID Issue Date:    Primary ID Expiration Date: | Address Line 3: |
| Secondary ID Type:    Secondary ID Description: | City:    State: |
| DLIC    **Redacted** | DENVER    CO |
| Secondary ID State/Country:    Secondary ID Issue Date:    Secondary ID Expiration Date: | ZIP/Postal Code:    Country: |
| CO    02/28/2019    08/05/2020 | 80204-2631    US |
| Account Name: | Home Phone:    Business Phone: |
| ROBERT J CORRY JR., LLC | 303/634-2244 |

## Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Create AU:    0076132 | Amount (US Dollars):    94,000.00 | Debit Wells Fargo Account:    **Redacted** | Bank/COID:    00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| PHOENIX CONSULTING ENTERPRISES | |
| Beneficiary Account Number/IBAN (if foreign)/CLABE (Mexico): | Name/Address Line 2: |
| **Redacted** | |
| Purpose of Funds: | Name/Address Line 3: |
| | BUFORD, GA, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

WIR66003 (9-18 SVP)

## CASHIER'S CHECK

SERIAL #:

ACCOUNT#: Redacted

February 28, 2019

**\*$60,000.00\*\***

VOID IF OVER US $  60,000.00

NON-NEGOTIABLE

0078132    11-24    121T0[0]
Office AU 8

Remitter:
Purchaser:    ROBERT CORRY
Purchaser Account:    ROBERT CORRY
Operator I.D.:    Red acte d    Paper Items(s)    U4Z4SS8
Funding Source:

PAY TO THE ORDER OF    **\*COLORADO DEPARTMENT OF REVENUE\*\*\***

\*\*\*"Sixty thousand dollars and no cents\*\*\*

Payee Address:
Memo:    PAYMENT FOR UN

WELLS FARGO BANK, N.A.
1661 BLAKE ST
DENVER, CO 80202
FOR INQUIRIES CALL (480) 394-0122

NOTICE TO PURCHASER -- IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE, AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND
REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

FB004    Red eda cte d

# Wire Transfer Services

Outgoing Wire Transfer Request



**WELLS FARGO**

Today's Date:
02/28/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
JOSEPH GONZALEZ

Officer/Portfolio Number:
R2759

Banker Phone:
303/260-6260

Branch Number:
03743

Banker AU:
0976132

Banker MAC:
C7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J CORRY

Street Address:
137 N COLFAX AVE STE 300

Primary ID Type:
PINV

Primary ID Description:
PIN Validation

Address Line 2:

Primary ID St/Ctry/Prov.

Primary ID Issue Date:

Primary ID Expiration Date:

Address Line 3:

Secondary ID Type:
DLIC

Secondary ID Description:
Redacted

City:
DENVER

State:
CO

Secondary ID State/Country:
CO

Secondary ID Issue Date:
07/28/2015

Secondary ID Expiration Date:
09/05/2020

ZIP/Postal Code:
80204-2631

Country:
US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone:
303/634-2244

## Wire Amount and Source of Funds

Create AU:
0976132

Amount (US Dollars):
$7,500.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
C0163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
SUNSHINE ENTERPRISES

Name/Address Line 1:
132 VALLEY VIEW ROAD

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:

Purpose of Funds:

Name/Address Line 3:
GALESBURG, IL, US

Beneficiary Phone Number:

Additional Instructions:



Page 1 of 4

WTR6603 (9-18 SVP)

# Wells Fargo Business Choice Checking



Account number:  Redacted   ■  March 1, 2019 - March 31, 2019  ■  Page 1 of 4

ROBERT J CORRY JR., LLC
ATTORNEY TRUST ACCOUNT
437 W COLFAX AVE STE 300
DENVER CO 80204-2631

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $3,270.48 |
| Deposits/Credits | 108,909.66 |
| Withdrawals/Debits | - 109,990.00 |
| **Ending balance on 3/31** | **$2,190.14** |
| Average ledger balance this period | $8,993.77 |

Account number:  Redacted

**ROBERT J CORRY JR., LLC**
**ATTORNEY TRUST ACCOUNT**
*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  Redacted

For Wire Transfers use
Routing Number (RTN):  Redacted

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number: Redacted ■ March 1, 2019 - March 31, 2019 ■ Page 2 of 4


**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.20 |
| Average collected balance | $18,414.20 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.20 |
| Interest paid this year | $1.63 |
| Total interest paid in 2018 | $11.35 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | WT Fed# Redacted USAA Fedl SA /Org=David Kao Srf# Redacted Trn# Redacted Rfb# | 30,000.00 | | |
| 3/1 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 15.00 | |
| 3/1 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 30.00 | |
| 3/1 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 30.00 | |
| 3/1 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 30.00 | |
| 3/1 | * | WT Fed# Reda 1St Source Bank /Ftr/Bnf=Barry Nowatzke Srf# Redacted Trn# Redacted Rfb# | | 17,000.00 | |
| 3/1 | * | WT Fed# Reda Bank of America, N /Ftr/Bnf=Middlebrooks Holdings, LLC Srf# Redacted Trn# Redacted Rfb# | | 8,250.00 | |
| 3/1 | * | WT Fed# Redacted Midwest Bank /Ftr/Bnf=Sunshine Enterprises Srf# Redacted Trn# Redacted Rfb# | | 1,500.00 | 6,415.48 |
| 3/8 | | WT Seq Redact Golden Works /Org= Srf# Ow Redacted Trn# Redacted Rfb# Redacted | 44,250.00 | | |
| 3/8 | | WT Fed# Reda Security Service F /Org=Joshua Hindi Srf# Red Trn# Redacted Rfb# | 12,000.00 | | |
| 3/8 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 15.00 | |
| 3/8 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Reda Trn# Redacted Rfb# | | 15.00 | 62,635.48 |
| 3/11 | | WT Seq Redact Fox Rothschild LLP /Org=Fox Rothschild LLP Srf# Redacted Trn# Redacted Rfb# Redacte | 22,659.46 | | |
| 3/11 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Rfb# | | 30.00 | |
| 3/11 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 30.00 | |
| 3/11 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# Reda | | 15.00 | |
| 3/11 | | Wire Trans Svc Charge - Sequence: Redacted Srf# Redacted Trn# Redacted Rfb# | | 30.00 | |
| 3/11 | * | WT Seq# Reda Shurek Accounting and T /Bnf=Shurek Accounting and Tax LLC Srf# Redacted Trn# Redacted Rfb# | | 5,000.00 | |
| 3/11 | * | WT Fed# Redac Gwinnett Community /Ftr/Bnf=Phoenix Consulting Enterprises Srf# Redacted Trn# Redacted Rfb# | | 4,000.00 | |
| 3/11 | | Transfer IN Branch/Store - to Robert J Corry Jr., LLC DDA Redacted 1601 Blake St Denver CO | | 14,000.00 | |

Account number: ▋Redacted▋ ▪ March 1, 2019 - March 31, 2019 ▪ Page 3 of 4



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 3/11 | ✱ | WT Seq ▋Redacte▋ Donald C Decker /Bnf=Donald C Decker Srf# ▋Redacted▋ Trn# ▋Redacted▋ Rfb# | | 60,000.00 | 2,189.94 |
| 3/14 | | Interest Payment | 0.20 | | 2,190.14 |
| **Ending balance on 3/31** | | | | | **2,190.14** |
| **Totals** | | | **$108,909.66** | **$109,990.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✱ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Average ledger balance | $7,500.00 | $8,994.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wxwx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number: **Redacted**   ■ March 1, 2019 - March 31, 2019   ■ Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**
B. Any deposits listed in your      $ _____
   register or transfers into       $ _____
   your account which are not       $ _____
   shown on your statement.       + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wire Transfer Services
## Outgoing Wire Transfer Request



Today's Date:
03/01/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
JOSEPH GONZALEZ

Officer/Portfolio Number:
E2759

Banker Phone:          Branch Number:          Banker AU:
303/260-6260          03743          0076132

Banker MAC:
C7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J CORRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:          Primary ID Description:
PINV          PIN Validation

Address Line 2:

Primary ID St/Cnty/Prov:          Primary ID Issue Date:          Primary ID Expiration Date:

Address Line 3:

Secondary ID Type:          Secondary ID Description:
DL1C          Redacted

City:
DENVER

State:
CO

Secondary ID State/Country:          Secondary ID Issue Date:          Secondary ID Expiration Date:
CO          07/28/2015          09/05/2020

ZIP/Postal Code:
80204-2631

Country:
US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone:
303/634-2244

## Wire Amount and Source of Funds

Create AU:
0076132

Amount (US Dollars):
$17,000.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
00163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
BARRY NOWATZKE

Name/Address Line 1:

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:

Purpose of Funds:

Name/Address Line 3:
MICHIGAN CITY, IN, US

Beneficiary Phone Number:

Additional Instructions:



WTR6603 (9-18 SVP)

# Wire Transfer Services

## Outgoing Wire Transfer Request



**WELLS FARGO**

Today's Date:
03/01/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
JOSEPH GONZALEZ

Officer/Portfolio Number:
R2759

Banker Phone:          Branch Number:          Banker AU:
303/260-6260     03743               0076132

Banker MAC:
C7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J CORRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:          Primary ID Description:
PINV               PIN Validation

Address Line 2:

Primary ID St/Ctry/Prov.     Primary ID Issue Date:     Primary ID Expiration Date:

Address Line 3:

Secondary ID Type:          Secondary ID Description:
DLIC               Redacted

City:                                    State:
DENVER                               CO

Secondary ID State/Country:     Secondary ID Issue Date:     Secondary ID Expiration Date:
CO                  07/28/2015          08/09/2020

ZIP/Postal Code:                     Country:
80204-2631                          US

Account Name:
ROBERT J CORRY JR., LLC

Home Phone:

Business Phone:
303/634-2244

## Wire Amount and Source of Funds

Create AU:
0076132

Amount (US Dollars):
($1,500.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
00163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
SUNSHINE ENTERPRISES

Name/Address Line 1:

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:

Purpose of Funds:

Name/Address Line 3:
GALESBURG, IL, US

Beneficiary Phone Number:

Additional Instructions:



Page 1 of 4

WIR6603 (9-18 SVP)

# Wire Transfer Services

Outgoing Wire Transfer Request



| | |
|---|---|
| Today's Date: | Wells Fargo Reference Number: |
| 03/01/2019 | **Redacted** |
| Banker Name: | Officer/Portfolio Number: |
| JOSEPH GONSALEZ | K2759 |
| Banker Phone: / Branch Number: / Banker AU: | Banker MAC: |
| 303/260-6260 / 03743 / 0076132 | C7337-013 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| | | | |
|---|---|---|---|
| Originator Name: | | Street Address: | |
| ROBERT J CORRY | | 437 W COLFAX AVE STE 300 | |
| Primary ID Type: | Primary ID Description: | Address Line 2: | |
| PINV | PIN Validation | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: Primary ID Expiration Date: | Address Line 3: | |
| Secondary ID Type: | Secondary ID Description: | City: | State: |
| DLIC | **Redacted** | DENVER | CO |
| Secondary ID State/Country: | Secondary ID Issue Date: Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CO | 07/28/2015 / 08/05/2020 | 80204-2631 | US |
| Account Name: | | Home Phone: | Business Phone: |
| ROBERT J CORRY JR., LLC | | | 303/634-2244 |

## Wire Amount and Source of Funds

| | | | |
|---|---|---|---|
| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
| 0076132 | $8,250.00 | **Redacted** | 00163 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| MIDDLEBROOKS HOLDINGS, LLC | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| **Redacted** | |
| Purpose of Funds: | Name/Address Line 3: |
| | COLUMBIA, SC, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |



WTR6603 (9-18 SVP)

# Wire Transfer Services
Outgoing Wire Transfer Request



Today's Date:
03/08/2019

Banker Name:
DANIELA TORRES

Banker Phone:          Branch Number:        Banker AU:
(303)/260-6260         03743                 0076132

Wells Fargo Reference Number:
Redacted

Officer/Portfolio Number:
R1569

Banker MAC:
C7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ('IRC'), Indian Financial System Code (IFSC) and the International Bank Account Number ('IBAN').

## Originator's Information

Originator Name:
ROBERT J CORRY

Primary ID Type:
DLIC

Primary ID Description:
Redacted

Primary ID St/Ctry/Prov.        Primary ID Issue Date:        Primary ID Expiration Date:
CO                              07/28/2015                    08/05/2020

Secondary ID Type:              Secondary ID Description:
PINV                            PIN Validation

Secondary ID State/Country:     Secondary ID Issue Date:      Secondary ID Expiration Date:

Account Name:
ROBERT J CORRY JR., LLC

Street Address:
437 W COLFAX AVE STE 300

Address Line 2:

Address Line 3:

City:                           State:
DENVER                          CO

ZIP/Postal Code:                Country:
80204-2631                      US

Home Phone:                     Business Phone:
                                (303)/634-2244

## Wire Amount and Source of Funds

Create AU:
0076132

Amount (US Dollars):
$4,000.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
00163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
PHOENIX CONSULTING ENTERPRISES

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Purpose of Funds:

Additional Instructions:

Name/Address Line 1:
3685 THOMPSON MILL ROAD

Name/Address Line 2:

Name/Address Line 3:
BUFORD, GA, US

Beneficiary Phone Number:



# Wire Transfer Services
## Outgoing Wire Transfer Request

**WELLS FARGO**

Today's Date:
03/08/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
DANIELA TORRES

Officer/Portfolio Number:
X1368

Banker Phone:
(303)260-6290

Branch Number:
04143

Banker AU:
0076132

Banker MAC:
C7337-011

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J CURRY

Street Address:
437 W COLFAX AVE STE 300

Primary ID Type:
DLIC

Primary ID Description:
Redacted

Address Line 2:

Primary ID St/Ctry/Prov:
CO

Primary ID Issue Date:
07/25/2015

Primary ID Expiration Date:
08/05/2020

Address Line 3:

Secondary ID Type:
PINV

Secondary ID Description:
PIN Validation

City:
DENVER

State:
CO

Secondary ID State/Country:

Secondary ID Issue Date:

Secondary ID Expiration Date:

ZIP/Postal Code:
80204-2631

Country:
US

Account Name:
ROBERT J CURRY JR., LLC

Home Phone:

Business Phone:
303/634-2344

## Wire Amount and Source of Funds

Create AU:
0076132

Amount (US Dollars):
$5,000.00

Debit Wells Fargo Account:
Redacted

Bank/JCI/O:
0163

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
SHUREK ACCOUNTING AND TAX LLC

Name/Address Line 1:
7147 LAKE EDGE DR

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:
FLOWERY BRANCH GA 305427626

Purpose of Funds:

Name/Address Line 3:

Additional Instructions:

Beneficiary Phone Number:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.



# Wire Transfer Services
Outgoing Wire Transfer Request



Today's Date:
03/11/2019

Wells Fargo Reference Number:
Redacted

Banker Name:
SANDRA QUEZADA

Officer/Portfolio Number:
CF431

Banker Phone:
303/260-6260

Branch Number:
03743

Banker AU:
0076152

Banker MAC:
C7331-011

Outgoing wires can only be sent to Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

Originator Name:
ROBERT J COREY

Street Address:
437 N COLFAX AVE STE 300

Primary ID Type:
DLIC

Primary ID Description:
Redacted

Address Line 2:

Primary ID St/Ctry/Prov:
CO

Primary ID Issue Date:
07/18/2013

Primary ID Expiration Date:
08/05/2020

Address Line 3:

Secondary ID Type:
SSNV

Secondary ID Description:
SSN Validation

City:
DENVER

State:
CO

Secondary ID State/Country:

Secondary ID Issue Date:

Secondary ID Expiration Date:

ZIP/Postal Code:
80204-2631

Country:
US

Account Name:
ROBERT J COREY JR., TTE

Home Phone:

Business Phone:
303/634-2244

## Wire Amount and Source of Funds

Create AU:
0076152

Amount (US Dollars):
$60,000.00

Debit Wells Fargo Account:
Redacted

Bank/COID:
103

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

Beneficiary/Recipient Name:
DONALD C DECKER

Name/Address Line 1:
DELVIN LLOYD DRINKALL

Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):
Redacted

Name/Address Line 2:
BARBARA L AYALA

Purpose of Funds:

Name/Address Line 3:
7833 N I 35 UNIT ADENTON TX 7620715

Additional Instructions:

Beneficiary Phone Number:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

