UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,  Case No. 19-31858

    Debtor.  Chapter 11

_____

Delvin Lloyd Drinkall,

    Plaintiff,

v.  Adv. Proc. No. 19-03072

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

ORDER SETTING TELEPHONIC RENDERING DATE

At Saint Paul, Minnesota.

An oral rendering of the Court's decision regarding the Defendants' Motion to Vacate Default Judgment [Dkt. No. 19] shall be convened on **May 7, 2020 at 1:30 p.m.** No parties are required to appear as a full recording of the decision will be placed on the docket following the proceeding. Any parties who would like to appear may appear **telephonically**. The Court's calendar clerk will distribute telephonic instructions prior to the hearing.

BY THE COURT:

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

DATED: *May 2, 2020*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/02/2020*
Lori Vosejpka, Clerk, by WM