UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,                           Case No. 19-31858

    Debtor.                                      Chapter 11

_____

Delvin Lloyd Drinkall,

    Plaintiff,

v.                                               Adv. Proc. No. 19-03072

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

ORDER SETTING TELEPHONIC RENDERING DATE

At Saint Paul, Minnesota.

An oral rendering of the Court's decision regarding the Defendants' Motion to Vacate Default Judgment [Dkt. No. 19] shall be convened on **May 7, 2020 at 1:30 p.m.** No parties are required to appear as a full recording of the decision will be placed on the docket following the proceeding. Any parties who would like to appear may appear **telephonically**. The Court's calendar clerk will distribute telephonic instructions prior to the hearing.

BY THE COURT:

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

DATED: *May 2, 2020*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/02/2020*
Lori Vosejpka, Clerk, by WM

United States Bankruptcy Court
District of Minnesota

Drinkall,
    Plaintiff

Adv. Proc. No. 19-03072-WJF

Corry & Associates,
    Defendant

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0864-3 | User: wmark<br>Form ID: pdf111 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: May 04, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov May 04 2020 23:24:36    US Trustee,
   1015 US Courthouse,  300 S 4th St,  Minneapolis, MN 55415-3070
                                                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2020 at the address(es) listed below:
        Margie R Bodas    on behalf of Defendant Robert J. Corry, Jr. margie@lommen.com
        Margie R Bodas    on behalf of Defendant   Corry & Associates margie@lommen.com
        Paul V. Sween    on behalf of Plaintiff Delvin Lloyd Drinkall psween@adamsrizzisween.com,
    smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
                                                                                                                                                                                                TOTAL: 3