UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,				Case No. 19-31858

	Debtor.					Chapter 11

_____

Delvin Lloyd Drinkall,

	Plaintiff,

v.						Adv. Proc. No. 19-03072

Corry & Associates, and
Robert J. Corry, Jr.,

	Defendants.

ORDER

At Saint Paul, Minnesota.

The above-entitled matter came before the Court on the Motion to Vacate Default Judgment filed by the Defendants Corry & Associates and Robert J. Corry, Jr. [Dkt. No. 19]. For the reasons stated on the record,

IT IS ORDERED:

1. The Judgment shall be vacated.

2. The Defendants shall first pay the Plaintiff's attorney fees in bringing the default motion in the original instance (not the time spent to cure deficiencies raised by the Court at the first hearing).

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/11/2020
Lori Vosejpka, Clerk, by DT

a. The Plaintiff shall submit an affidavit for these fees by Thursday, May 14, 2020.

b. The Defendants must respond to the request by Tuesday, May 19, 2020.

c. A telephonic hearing will be held on May 21, 2020 at 2:30 p.m.

d. Prior to the hearing, the Defendants and Plaintiff shall meet and confer on the attorney's fee issue and on how service will be effected in the future. At the hearing on May 21, 2020, the parties shall report their method of service in the future that is in compliance with appropriate rules. Also, the parties shall discuss the future of this case, including any amended pleadings and the appropriate forum given the dismissal of the main bankruptcy case.

By the Court:

Dated: May 11, 2020

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge