UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

    Debtor.

_____

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

Case No. 19-31858

Chapter 11

Adv. Proc. No. 19-03072

ORDER SETTING TELEPHONIC HEARING

At Saint Paul, Minnesota.

    A hearing shall be convened on **Thursday, May 21, 2020 at 2:30 p.m.** in this adversary proceeding. The hearing will be held <u>telephonically</u> before Judge William J. Fisher. The Court's calendar clerk will distribute telephonic instructions prior to the hearing.

By the Court:

/e/ William J. Fisher

_____
William J. Fisher
United States Bankruptcy Judge

Dated: *May 11, 2020*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/11/2020
Lori Vosejpka, Clerk, by DT