UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

Debtor.

Case No. 19-31858

Chapter 11

---

Delvin Lloyd Drinkall,

Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

Defendants.

Adv. Proc. No. 19-03072

ORDER

At Saint Paul, Minnesota.

The above-entitled matter came before the Court on the Motion to Vacate Default Judgment filed by the Defendants Corry & Associates and Robert J. Corry, Jr. [Dkt. No. 19]. For the reasons stated on the record,

IT IS ORDERED:

1. The Judgment shall be vacated.

2. The Defendants shall first pay the Plaintiff's attorney fees in bringing the default motion in the original instance (not the time spent to cure deficiencies raised by the Court at the first hearing).

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/11/2020*
Lori Vosejpka, Clerk, by DT

    a. The Plaintiff shall submit an affidavit for these fees by Thursday, May 14, 2020.

    b. The Defendants must respond to the request by Tuesday, May 19, 2020.

    c. A telephonic hearing will be held on May 21, 2020 at 2:30 p.m.

    d. Prior to the hearing, the Defendants and Plaintiff shall meet and confer on the attorney's fee issue and on how service will be effected in the future. At the hearing on May 21, 2020, the parties shall report their method of service in the future that is in compliance with appropriate rules. Also, the parties shall discuss the future of this case, including any amended pleadings and the appropriate forum given the dismissal of the main bankruptcy case.

By the Court:

/e/ William J. Fisher

Dated: *May 11, 2020*

_____

William J. Fisher
United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

Drinkall,
     Plaintiff

Adv. Proc. No. 19-03072-WJF

Corry & Associates,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-3      User: DavidT      Page 1 of 1      Date Rcvd: May 11, 2020
                        Form ID: pdf222     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
```
ust         +L. Ashley Zubal,    Office of the United States Trustee,    Department of Justice,
              210 Walnut Street,    Suite 793,    Des Moines, IA 50309-2106
dft         +Corry & Associates,    437 West Colfax,    Suite 300,    Denver, CO 80204-2631
pla         +Delvin Lloyd Drinkall,    18355 790th Avenue,    Ostrander, MN 55961-8018
dft          Robert J. Corry, Jr.,    9150 E. Jefferson Pl.,    Denver, CO  80237-1953
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov May 11 2020 23:24:17      Daniel M McDermott,
                United States Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov May 11 2020 23:24:26      James L. Snyder,
                210 Walnut Street, Room 793,    Des Moines, IA 50309-2106
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov May 11 2020 23:24:17      US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
```
                                                                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
```
              Margie R Bodas    on behalf of Defendant    Corry & Associates margie@lommen.com
              Margie R Bodas    on behalf of Defendant Robert J. Corry, Jr. margie@lommen.com
              Paul V. Sween    on behalf of Plaintiff Delvin Lloyd Drinkall psween@adamsrizzisween.com,
               smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
```
                                                                                                                                           TOTAL: 3