UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                                      Bankruptcy No. 19-31858
                                                                                            Adversary No. 19-03072

Delvin Lloyd Drinkall, Debtor.

Delvin Lloyd Drinkall,

       Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

       Defendants.

**NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS**

TO:    Clerk of Court and Debtor Delvin Lloyd Drinkall through his counsel of record, Paul V. Sween, Adams, Rizzi & Sween, P.A., 300 First Street NW, Austin, MN 55912.

**PLEASE TAKE NOTICE** that the current addresses of Defendants Corry & Associates and Robert J. Corry, Jr., are as follows:

       Corry & Associates
       600 - 17th Street
       Suite 2800 South Tower
       Denver, CO 80202

       Robert J. Corry, Jr.
       5585 South Kenton Way
       Englewood, CO 80111

**PLEASE TAKE FURTHER NOTICE** that Defendants Corry & Associates and Robert J. Corry, Jr are represented by counsel of record in the above-captioned matter and a copy of all notices given and all papers (including pleadings, motions, applications,

orders and reports) served or filed in this case should be served upon the undersigned at the address, facsimile number and email address set forth below.

Dated:  May 29, 2020	LOMMEN ABDO, P.A.

/s/ Barry A. O'Neil
Barry A. O'Neil, MN Bar No. 220875
Margie R. Bodas, I.D. No. 172376
1000 International Centre
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 336-9342/ Fax: (612) 339-8064
margie@lommen.com/ barry@lommen.com

*Counsel for Defendants Corry & Associates and Robert J. Corry, Jr.*