# ADAMS ♦ RIZZI ♦ SWEEN

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
300 FIRST STREET NW
AUSTIN, MINNESOTA 55912

PAUL V. SWEEN
STEVEN T. RIZZI, JR.
DEAN K. ADAMS
ADAM J. HOUCK
MORGAN E. CARLSON

*Established 1887*

TELEPHONE (507) 433-7394

R.C. ALDERSON (1893-1986)
RAYMOND B. ONDOV (1926-2017)
*GARY E. LEONARD
*OF COUNSEL
FAX (507) 433-8890

June 4, 2020

94045

**VIA EFS**

Honorable William J. Fisher
Judge of United States Bankruptcy Court
United States Courthouse
316 North Robert Street
St. Paul, MN 55102

Re:   Delvin Lloyd Drinkall
Vs:   Corry & Associates; Robert J. Corry, Jr.
Adversary No. 19-03072

Dear Judge Fisher:

This letter is submitted on behalf of Debtor/Plaintiff Delvin Drinkall.  I am writing to advise that Defendants Corry & Associates and Robert J. Corry, Jr. have remitted $5,691.88 representing Plaintiff's attorneys' fees in bringing the default motion.  This payment was made at the direction of this Court and its Order dated May 11, 2020.

If anything additional is required of Plaintiff, please notify counsel.

Yours very truly,

ADAMS, RIZZI & SWEEN, P.A.

  /s/ Paul V. Sween

By:   Paul V. Sween
       psween@adamsrizzisween.com

blt