# LOMMEN ABDO

MINNESOTA / WISCONSIN

June 8, 2020

**VIA EFILING**

The Honorable William J. Fisher
Judge of United States Bankruptcy Court
United States Courthouse
316 North Robert Street
St. Paul, MN 55102

Re: Delvin Lloyd Drinkall v. Corry & Associates; Robert J. Corry, Jr.
Adversary No. 19-03072

Dear Judge Fisher:

This letter is submitted on behalf of Defendants Corry & Associates and Robert J. Corry, Jr., to advise that the conditions to vacate judgment pursuant to the Court's May 11, 2020 Order have been satisfied and request that the Court direct that it be vacated if it has not already done so.

Thank you for your consideration in this regard.

Very truly yours,

Barry A. O'Neil

BAO/bhs
cc:   Paul Sween, Esq., via eservice

Barry A. O'Neil
MSBA Certified Civil
Trial Specialist

barry@lommen.com
tel 612.336.9342
fax 612.436.2099



1000 International Centre
920 Second Avenue South
Minneapolis, MN 55402

lommen.com
800.752.4297