UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,                             Case No. 19-31858

        Debtor.                                  Chapter 11

---

Delvin Lloyd Drinkall,

        Plaintiff,

v.                                                 Adv. Proc. No. 19-03072

Corry & Associates, and
Robert J. Corry, Jr.,

        Defendants.

## ORDER

At Saint Paul, Minnesota.

The above-entitled matter came before the Court for a hearing on May 11, 2020 to conclude the Order granting the Defendants' Motion to Vacate Default Judgment. [Dkt. No. 35]. Appearances were made at the hearing by Adam Houck for the Plaintiff; and Barry O'Neil for the Defendants. Based on the record,

**IT IS ORDERED:**

1. The Court's Order dated May 11, 2020 and filed as docket number 35 is amended by this order.

2. The Court's Amended Judgment dated November 6, 2019 and filed as docket number 17 is vacated.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/08/2020*
Lori Vosejpka, Clerk, by DT

3. Pursuant to the stipulation of the parties, the payment of attorney fees and manner of service will be effected as stated on the record.

4. The Defendants shall respond to the complaint by July 8, 2020.

By the Court:

Dated: *June 8, 2020*

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge