UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

    Debtor.

Case No. 19-31858

Chapter 11

---

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

Adv. Proc. No. 19-03072

**ORDER**

At Saint Paul, Minnesota.

The above-entitled matter came before the Court for a hearing on May 11, 2020 to conclude the Order granting the Defendants' Motion to Vacate Default Judgment. [Dkt. No. 35]. Appearances were made at the hearing by Adam Houck for the Plaintiff; and Barry O'Neil for the Defendants. Based on the record,

**IT IS ORDERED:**

1. The Court's Order dated May 11, 2020 and filed as docket number 35 is amended by this order.

2. The Court's Amended Judgment dated November 6, 2019 and filed as docket number 17 is vacated.

> NOTICE OF ELECTRONIC ENTRY AND
> FILING ORDER OR JUDGMENT
> Filed and Docket Entry made on 06/08/2020
> Lori Vosejpka, Clerk, by DT

3. Pursuant to the stipulation of the parties, the payment of attorney fees and manner of service will be effected as stated on the record.

4. The Defendants shall respond to the complaint by July 8, 2020.

By the Court:

Dated: *June 8, 2020*

/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                               District of Minnesota

Drinkall,
        Plaintiff                                         Adv. Proc. No. 19-03072-WJF

Corry & Associates,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0864-3         User: DavidT              Page 1 of 1           Date Rcvd: Jun 08, 2020
                             Form ID: pdf111           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jun 08 2020 23:45:54      US Trustee,
                1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
              Margie R Bodas    on behalf of Defendant Robert J. Corry, Jr. margie@lommen.com
              Margie R Bodas    on behalf of Defendant   Corry & Associates margie@lommen.com
              Paul V. Sween    on behalf of Plaintiff Delvin Lloyd Drinkall psween@adamsrizzisween.com,
               smiller@adamsrizzisween.com;kjensen@adamsrizzisween.com;dsteele@adamsrizzisween.com
                                                                                              TOTAL: 3