# LOMMEN ABDO

MINNESOTA / WISCONSIN

July 6, 2020

**VIA EFILING**

The Honorable William J. Fisher
Judge of United States Bankruptcy Court
United States Courthouse
316 North Robert Street
St. Paul, MN 55102

Re:   Delvin Lloyd Drinkall v. Corry & Associates; Robert J. Corry, Jr.
       Adversary No. 19-03072

Dear Judge Fisher:

This letter is to advise that the parties reached a settlement of this matter at the mediation on June 29th.  Once the details are finalized, the parties will submit a stipulation and order to dismiss the adversary proceeding.

Please advise if the Court has any questions or issues.  Thank you for your consideration in this regard.

Very truly yours,

Barry A. O'Neil

BAO/bhs
cc:   Paul Sween, Esq., via eservice

Barry A. O'Neil                   barry@lommen.com                    1000 International Centre        lommen.com
MSBA Certified Civil               **tel** 612.336.9342                    920 Second Avenue South         800.752.4297
Trial Specialist                    **fax** 612.436.2099                    Minneapolis, MN 55402