UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:

Delvin Lloyd Drinkall,	Court File No. 19-31858 (WJF)

        Debtor(s).

_____

Delvin Lloyd Drinkall,

        Plaintiff(s),

vs.	ADV No. 19-3072

Corry & Associates and
Robert J. Corry, Jr.,

        Defendant(s).


****************************************************************************************************
**ORDER FOR TELEPHONIC STATUS CONFERENCE**
****************************************************************************************************

At Saint Paul, Minnesota.

    A Status Conference in this Adversary Proceeding shall be convened on ***August 4, 2020 at 9:00 a.m.*** The conference will be held telephonically before Judge William J. Fisher. The Court's calendar clerk will distribute telephonic instructions prior to the hearing. The status conference will be stricken if parties submit settlement documents or stipulation of dismissal prior to the hearing.

BY THE COURT:

/e/ William J. Fisher
_____
WILLIAM J. FISHER
UNITED STATES BANKRUPTCY JUDGE

DATED: *July 13, 2020*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/13/2020*
Lori Vosejpka, Clerk, by KN