UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: 	Bankruptcy No. 19-31858
	Adversary No. 19-03072

Delvin Lloyd Drinkall, Debtor.

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled adversary action may be, and hereby is, dismissed on the merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties hereto.

IT IS FURTHER STIPULATED that without further notice, the Clerk of the above Court may enter a judgment of dismissal with prejudice and upon the merits, but without costs, disbursements or attorney's fees to any of the parties.

Dated: July 16, 2020   ADAMS RIZZI & SWEEN, P.A.

BY /s/ Paul V. Sween
Paul V. Sween, I.D. No. 107761
300 First Street NW
Austin, MN 55912
(507) 433-7394
psween@adamsrizzisween.com

*Attorneys for Plaintiff*

Dated:  July 16, 2020   LOMMEN ABDO, P.A.

BY /s/ Barry A. O'Neil
Barry A. O'Neil, I.D. No. 220875
Margie R. Bodas, I.D. No. 172376
1000 International Centre
920 Second Avenue South
Minneapolis, MN 55402
(612) 336-9342
margie@lommen.com/ barry@lommen.com

*Attorneys for Defendants*