UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                                                                     Bankruptcy No. 19-31858
Adversary No. 19-03072

Delvin Lloyd Drinkall, Debtor.

Delvin Lloyd Drinkall,

     Plaintiff,

v.

Corry & Associates; Robert J. Corry, Jr.,

     Defendants.

**ORDER OF DISMISSAL**

Based upon the Stipulation of Dismissal filed by the parties in the above-captioned action [Docket No. 49], IT IS HEREBY ORDERED:

That without further notice, the above-captioned adversary matter is hereby dismissed with prejudice and upon the merits, and without costs, disbursements or attorneys' fees to any of the parties.

SO ORDERED.  LET JUDGMENT BE ENTERED ACCORDINGLY:

Dated: _____        BY THE COURT:

                                                                                        _____
                                                                                        United States Bankruptcy Judge